# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY,**<br><br>Plaintiffs,<br><br>v.<br><br>**SHAW INDUSTRIES, INC.,**<br><br>Defendant,<br><br>and<br><br>**COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT** | **CIVIL ACTION NO.:** |

| INSURANCE CORPORATION f/k/a PURITAN INSURANCE COMPANY; JOHN DOE INSURERS 1-100; | |
|---|---|
| Nominal Defendants. | |

REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendants, listed below, by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1):

Shaw Industries Group, Inc.
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

Commerce & Industry Insurance Company
c/o AIG
1271 Avenue of the Americas, 35th Floor
New York, NY 10020-1304

Fireman's Fund Insurance Company
c/o Allianz Insurance Group
225 W. Washington Street, Suite 1900
Chicago, IL 60606

First State Insurance Company
100 High Street, Suite 610A
Boston, MA 02110

Employers Mutual Liability Insurance Company
c/o CT Corporation
2 North Jackson Street
Suite 605
Montgomery, AL 36104

Great American Insurance Company
c/o United Agent Group, Inc.
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

U.S. Fire Insurance Company
c/o Fairfax Financial Group
305 Madison Avenue
Morristown, NH 07962

Travelers Casualty and Surety Company
c/o Corporation Service Company
641 South Lawrence Street
Montgomery, AL 36104

Westport Insurance Corporation
f/k/a Puritan Insurance Company
5200 Metcalf Avenue
Overland Park, KS 66201

Respectfully submitted on this the 11th day of October, 2023.

/s/ *John W Johnson, II*
**CHRISTIAN & SMALL LLP**
John W Johnson, II
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203-2696
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
jwjohnson@csattorneys.com

Christopher Hemphill
*(Mtn. for Adm. PHV forthcoming)*
Michael Baughman
*(Mtn. for Adm. PHV forthcoming)*
Cohn Baughman
525 W. Monroe St.

Suite 1500  
Chicago, IL 60661  
Mobile: 708.602.5118 (preferred)  
Office: 312.753.6616  
christopher.hemphill@mclolaw.com  
michael.baughman@mclolaw.com