# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY,** | |
| Plaintiffs, | |
| v. | **CIVIL ACTION NO.: 1:23-cv-0167-RDP** |
| **SHAW INDUSTRIES, INC.,** | |
| Defendant, | |
| and | |
| **COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT** | |

| | |
|---|---|
| **INSURANCE CORPORATION f/k/a PURITAN INSURANCE COMPANY; JOHN DOE INSURERS 1-100;** | |
| **Nominal Defendants.** | |

# CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of Federal Insurance Company and is in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure. Federal Insurance Company is a wholly owned subsidiary of Chubb INA Holdings Inc. Chubb INA Holdings Inc. is owned 80% by Chubb Group Holdings Inc. and 20% by Chubb Limited. Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited is publicly traded on the New York Stock Exchange (symbol CB). No publicly held corporation owns 10% or more of the stock of Chubb Limited.

Respectfully submitted this 17th day of October, 2023.

/s/ *John W Johnson, II*
**CHRISTIAN & SMALL LLP**
John W Johnson, II
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203-2696
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
jwjohnson@csattorneys.com

Christopher Hemphill
*(Mtn. for Adm. PHV forthcoming)*
Michael Baughman
*(Mtn. for Adm. PHV forthcoming)*
Cohn Baughman
525 W. Monroe St.
Suite 1500
Chicago, IL 60661
Mobile: 708.602.5118  (preferred)
Office: 312.753.6616
christopher.hemphill@mclolaw.com
michael.baughman@mclolaw.com

*Attorneys for Plaintiffs*