

Return Receipt (Form 3811) Barcode

9590 9699 0430 0113 0429 10

1. Article Addressed to:
Travelers Casualty and Surety Company
c/o Corporation Service Company, Reg. Ag.
641 South Lawrence Street
Montgomery, AL 36104

2. Certified Mail 9314 7699 0430 0113 0429 18

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Kelly Wel...* 2023 OCT 31 AM 10:33
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
10-23-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
2023 OCT 30 A 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type: OF ALABAMA
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

1:23-CV-01367-RDP

Domestic Return Receipt

Case 1:23-cv-01367-RDP   Document 16   Filed 10/30/23   Page 2 of 4

Return Receipt (Form 3811) Barcode

9590 9699 0430 0113 0428 11

1. Article Addressed to:
U.S. Fire Insurance Company
c/o Fairfax Financial Group
305 Madison Avenue
Morristown, NH 07962

2. Certified Mail Firm 3800 Article Number
9314 7699 0430 0113 0428 19

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): S. Beer
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
2023 OCT 30   A 10: 33
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
1:23-CV-01367-RDP

Domestic Return Receipt

Return Receipt (Form 3811) Barcode

Case 1:23-cv-01367-RDP   Document 16   Filed 10/30/23   Page 3 of 4

9590 9699 0430 0113 0422 31

1. Article Addressed to:
Shaw Industries Group, Inc.
c/o Corporation Service Company, Reg. Ag.
641 South Lawrence Street
Montgomery, AL 36104

2. Certified Mail (Form 3800) Article Number
9314 7699 0430 0113 0422 39

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Kelly Webster*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
10-23-23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

FILED
2023 OCT 30 A 10: 33
U.S. DISTRICT COURT
ALABAMA

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

1:23-CV-01367-RDP

Domestic Return Receipt

Return Receipt (Form 3811) Barcode

Case 1:23-cv-01367-RDP   Document 18   Filed 10/30/23   Page 4 of 4

9590 9699 0430 0113 0427 50

1. Article Addressed to:
Great American Insurance Co.
c/o United Agent Group, Inc.
4000 Eagle Point Corp. Dr.
Birmingham, AL 35242

2. Certified Mail Form 3800 Article Number
9314 7699 0430 0113 0427 58

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Lindsay Tyne
C. Date of Delivery: 10/27/23

D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

FILED
2023 OCT 30 A 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
1:23-CV-01367-RDP

Domestic Return Receipt