

**Return Receipt (Form 3811) Barcode**

9590 9699 0430 0113 0423 30

1. Article Addressed to:
Fireman's Fund Insurance Company
c/o Allianz Insurance Group
225 W. Washington Street
Suite 1900
Chicago, IL 60606

2. Certified Mail Form 3800 Article Number
9314 7699 0430 0113 0423 38

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): JOE RODRIGUEZ
Date of Delivery: 10-23-23

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2023 OCT 31 A 11: 25

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Case 1:23-cv-01367-RDP    Document 17    Filed 10/31/23    Page 1 of 1

2023 Oct-31 PM 05:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

ALABAMA

Reference Information

1:23-CV-01367-RDP

Domestic Return Receipt