IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> SHAW INDUSTRIES, INC., <br><br> Defendant. <br><br> and <br><br> FIREMAN'S FUND INSURANCE COMPANY, et al. <br><br> Nominal Defendants. | CIVIL ACTION NO. <br> 1:23-cv-01367-RDP <br><br> UNOPPOSED MOTION |

## FIREMAN'S FUND INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW, FIREMAN'S FUND INSURANCE COMPANY ("Fireman's Fund"), pursuant to Fed. Rule Civ. P. 6(b)(1)(A), and moves for a 30-day extension of time to respond to the Complaint filed by Federal Insurance Company, Pacific Employers Insurance Company, ACE American Insurance

{B4708536}

Company, ACE Property and Casualty Insurance Company, Indemnity Insurance Company of North America, and Westchester Fire Insurance Company (collectively "Federal"). In support of this Motion, Fireman's Fund states as follows:

1. On October 11, 2023, Federal filed this action for declaratory relief pursuant to 28 U.S.C. Section 2201 (the "Declaratory Judgment Act"). (Doc. 1)

2. On October 23, 2023, Federal's Complaint was served on Fireman's Fund.

3. Fireman's Fund's response is due by November 13, 2023.

4. Because of the number of insurance carriers involved, including the Nominal Defendants, and the necessity of having all nominal defendants served so that this matter can move forward with judicial efficiency and economy, Fireman's Fund request a 30-day extension of time to respond to Federal's Complaint for Declaratory Judgment.

5. This motion is authorized by Fed. Rule of Civ. P. 6(b)(1)(A). This request is made in good faith and not for the purpose of delay.

6. Additionally, no party will be prejudiced by this extension.

7. Counsel for Fireman's Fund has conferred with counsel for Federal and Federal does not oppose the requested extension.

8. Accordingly, Fireman's Fund respectfully requests a 30-day extension of time to file its response to the Complaint for Declaratory Judgment, with the deadline for its response being December 13, 2023.

Respectfully submitted,

*s/ Scott M. Salter*
Scott M. Salter (ASB-7168-R57S)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000 – Telephone
(205) 868-6099 – Facsimile
ssalter@starneslaw.com
*Attorney for Nominal Defendant, Fireman's Fund Insurance Company*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on November 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

John W. Johnson, II, Esq.
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696
jwjohnson@csattorneys.com

Christopher Hemphill
Michael Baughman, Esq.
COHN BAUGHMAN
525 W. Monroe Street, Suite 1500
Chicago, IL 60661
christopher.hemphill@mclolaw.com
michael.baughman@mclolaw.com

, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants:

Shaw Industries Group, Inc.
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

Commerce & Industry Insurance Company
c/o AIG
1271 Avenue of the Americas, 35th Floor
New York, NY 10020-1304

First State Insurance Company
100 High Street, Suite 610A
Boston, MA 02110

Employers Mutual Liability Insurance Company
c/o CT Corporation
2 North Jackson Street, Suite 605
Montgomery, AL 36104

Great American Insurance Company
c/o United Agent Group, Inc.
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

U.S. Fire Insurance Company
c/o Fairfax Financial group
305 Madison Avenue
Morristown, NH 07962

Travelers Casualty and Surety Company
c/o Corporation Service Company
641 South Lawrence Street
Montgomery, AL 36104

Westport Insurance Corporation
f/k/a Puritan Insurance Company

5200 Metcalf Avenue
Overland Park, KS 66201

                                    *s/ Scott M. Salter*
                                    OF COUNSEL