# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>      Plaintiffs,<br>v.<br><br>SHAW INDUSTRIES, INC.,<br><br>      Defendant and Counterclaimant<br><br>and<br><br>COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT INSURANCE CORPORATION f/k/a PURITAN INSURANCE | CIVIL ACTION NO. 1:23-cv-01367-RDP |

| COMPANY; JOHN DOE INSURERS 1-100; |
| Nominal Defendants. |

# SHAW INDUSTRIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW, SHAW INDUSTRIES INC. ("Shaw"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), and moves for a 14-day extension of time to respond to the Complaint for Declaratory Judgment filed by Federal Insurance Company, Pacific Employers Insurance Company, ACE American Insurance Company, ACE Property and Casualty Insurance Company, Indemnity Insurance Company of North America, and Westchester Fire Insurance Company (collectively, "Plaintiffs"). In support of this Motion, Shaw states as follows:

1. On October 11, 2023, Plaintiffs filed this action for declaratory relief pursuant to 28 U.S.C. § 2201. (ECF No. 1).

2. On October 23, 2023, Plaintiffs' Complaint for Declaratory Judgment was served on Shaw.

3. Shaw's responsive pleading deadline is currently November 13, 2023.

4. Because of the number of insurance carriers involved, including the Nominal Defendants, and the necessity of having all Nominal Defendants served so

that this matter can move forward with judicial efficiency and economy, Shaw requests a 14-day extension of time to respond to Plaintiffs' Complaint for Declaratory Judgment.

5. This motion is authorized by Fed. R. Civ. P. 6(b)(1)(A). This request is made in good faith and not for the purpose of delay.

6. Additionally, no party will be prejudiced by this extension.

7. Counsel for Shaw has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the requested extension.

8. Accordingly, Shaw respectfully requests a 14-day extension of time to responsd to the Complaint for Declaratory Judgment, with the deadline for its response being November 27, 2023.

Respectfully submitted this 9th day of November, 2023.

/s/ Brannon J. Buck
Brannon J. Buck (ASB-5848-K56B)
Christopher B. Driver (ASB-9178-G39B)
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
(205) 521-0036 (Phone)
(205) 521-0037 (Facsimile)
bbuck@badhambuck.com

Shattuck Ely (Georgia Bar No. 246944)
*Pro Hac Vice Application To Be Filed*
Jacob Weiss (Georgia Bar No. 303709)
* *Pro Hac Vice Application To Be Filed*

FELLOWS LABRIOLA LLP
Suite 2400, Harris Tower
233 Peachtree Street, NE
Atlanta, Georgia  30303
(404) 586-9200 (Phone)
tely@fellab.com
jweiss@fellab.com

*Counsel for Shaw Industries, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 9th  day of November, 2023.

John W Johnson, II
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203-2696
jwjohnson@csattorneys.com

Christopher Hemphill
Michael Baughman
COHN BAUGHMAN
525 W. Monroe St., Suite 1500
Chicago, Illinois 60661
christopher.hemphill@mclolaw.com
michael.baughman@mclolaw.com

   /s/  Brannon J. Buck_____
OF COUNSEL