FILED
2023 Nov-13 PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY,** | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **CASE NO.: 1:23-cv-01367-RDP** |
| **SHAW INDUSTRIES, INC.,** | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| **COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT INSURANCE CORPORATION f/k/a PURITAN INSURANCE COMPANY; JOHN DOE INSURERS;** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Nominal Defendants. | ) |

### TRAVELERS CASUALTY AND SURETY COMPANY F/K/A THE AETNA CASUALTY AND SURETY COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company ("Travelers"),[1] provides the following information:

Travelers Casualty and Surety Company is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

Respectfully Submitted,

s/Joel S. Isenberg
Joel S. Isenberg (ASB-8855-N76J)
Rob E. Norton (ASB-6568-E59N)
Counsel for Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company

**OF COUNSEL:**
ELY & ISENBERG, LLC.
3500 Blue Lake Drive
Suite 345
Birmingham, AL 35243
Telephone: (205) 313-1200
Facsimile (205) 313-1201
JIsenberg@elylawllc.com
RNorton@elylawllc.com

---

[1] Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company is improperly named as "Travelers Casualty and Surety Company" in Plaintiffs' Complaint. Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company reserves all rights in this regard.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system and/or U.S. Mail on this the 13th day of November, 2023.

John W. Johnson, II
CHRISTIAN & SMALL, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203
jwjohnson@csattorneys.com

Christopher Hemphill
Michael Baughman
Cohn Baughman
525 W. Monroe Street
Suite 1500
Chicago, IL 60661
christoper.hemphill@mclolaw.com
michael.baughman@mclolaw.com

                                                s/Joel S. Isenberg
                                                OF COUNSEL