# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al., | Case No. 1:23-cv-01367-RDP |
| Plaintiffs, | Unopposed Motion |
| v. | |
| SHAW INDUSTRIES, INC., | |
| Defendant, | |
| and | |
| COMMERCE AND INDUSTRY INSURANCE COMPANY, et al., | |
| Nominal Defendants. | |

## COMMERCE AND INDUSTRY INSURANCE COMPANY'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

Nominal Defendant Commerce and Industry Insurance Company ("Commerce and Industry"), through its undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby moves for a 28-day extension of time to respond to the Complaint filed by Plaintiffs Federal Insurance Company, Pacific Employers Insurance Company, ACE American Insurance Company, ACE Property and Casualty Insurance Company, Indemnity Insurance Company of North America, and Westchester Fire Insurance Company. Plaintiffs do not oppose the requested extension. In support of this Motion, Commerce and Industry states:

1. On October 11, 2023, Plaintiffs filed the Complaint for Declaratory Judgment against Defendant Shaw Industries, Inc., as well as numerous Nominal Defendants. *See* Doc. 1.

2. On or around October 26, 2023, the Complaint was served on Commerce and Industry.

3. Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Commerce and Industry's deadline to respond to the Complaint is due on or around November 16, 2023.

4. Because of the number of insurance carriers involved, including the Nominal Defendants, and the necessity of having all Nominal Defendants served so that this matter can move forward with judicial efficiency and economy, Commerce and Industry requests a 28-day extension of time to respond to the Complaint.

5. This Motion is authorized by Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension.

6. Counsel for Commerce and Industry has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the requested extension.

7. Accordingly, Commerce and Industry respectfully requests a 28-day extension of time to file its response to the Complaint, up to and including December 14, 2023.

Dated: November 15, 2023

Respectfully submitted,

*/s/ Hirshel M. Hall*
Hirshel M. Hall (Alabama Bar No. 5056H30I)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
hirshel.hall@alston.com
(404) 881-7000

Adam J. Kaiser (*pro hac vice* forthcoming)
Alexander S. Lorenzo (*pro hac vice* forthcoming)
Matthew B. Byers (*pro hac vice* forthcoming)
90 Park Avenue, 15th Floor
New York, New York 10016
adam.kaiser@alston.com
alexander.lorenzo@alston.com
matt.byers@alston.com
(212) 210-9400

*Counsel for Nominal Defendant Commerce and Industry Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

*/s/ Hirshel M. Hall*
Hirshel M. Hall (Alabama Bar No. 5056H30I)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
hirshel.hall@alston.com
(404) 881-7000

*Counsel for Nominal Defendant Commerce and Industry Insurance Company*
