# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY,**<br><br>Plaintiffs,<br><br>v.<br><br>**SHAW INDUSTRIES, INC.,**<br><br>Defendant,<br><br>and<br><br>**GREAT AMERICAN INSURANCE COMPANY, COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT INSURANCE CORPORATION f/k/a PURITAN INSURANCE COMPANY; JOHN DOE INSURERS 1-100;**<br><br>**Nominal Defendants.** | Case No. 1:23-CV-01367-RDP<br><br>**DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

1

# DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Great American Insurance Company ("GAIC"), through its undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby moves for a 30-day extension of time to respond to the Complaint filed by Plaintiffs Federal Insurance Company, Pacific Employers Insurance Company, ACE American Insurance Company, ACE Property and Casualty Insurance Company, Indemnity Insurance Company of North America, and Westchester Fire Insurance Company ("Plaintiffs"). Plaintiffs do not oppose the requested extension. In support of this Motion, GAIC states:

1. On October 11, 2023, Plaintiffs filed the Complaint for Declaratory Judgment against Defendant Shaw Industries, Inc., as well as numerous Nominal Defendants. (ECF 1).

2. On or around October 26, 2023, the Complaint was served on GAIC.

3. Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, GAIC's deadline to respond to the Complaint is due on or around November 17, 2023.

4. Because of the number of insurance carriers involved, including the Nominal Defendants, and the necessity of having all Nominal Defendants served so that this matter can move forward with judicial efficiency and economy, GAIC requests a 30-day extension of time to respond to the Complaint.

5. This Motion is authorized by Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension.

6. Counsel for GAIC has conferred with counsel for Plaintiffs, and Plaintiffs do not

oppose the requested extension.

7. Accordingly, GAIC respectfully requests a 30-day extension of time to file its response to the Complaint, up to and including December 18, 2023.

Dated: November 17, 2023

Respectfully submitted:

By: */s/ Edward M. Holt*
Edward M. Holt
1906 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Tel: (205) 254-1102
t.holt@maynardnexsen.com

- and -

Edward B. Parks, II (*pro hac vice* forthcoming)
Annette P. Rolain (*pro hac vice* forthcoming)
Ruggeri Parks Weinberg LLP
1875 K St. NW, Suite 600
Washington, DC 20006
Tel: (202) 974-1400
Fax: (202) 974-1401
eparks@ruggerilaw.com
arolain@ruggerilaw.com

*Attorneys for Defendants Great American Insurance Company*