FILED

2023 Nov-21  PM 12:14
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY, | |
| Plaintiffs | CIVIL ACTION NO. 1:23-cv-01367-RDP |
| v. | |
| SHAW INDUSTRIES, INC., | |
| Defendant and Counterclaimant | |
| and | |
| COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT INSURANCE CORPORATION f/k/a | |

PURITAN INSURANCE COMPANY;
JOHN DOE INSURERS 1-100;

      Nominal Defendants.

## <u>SHAW INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Shaw Industries, Inc. provides the following information:

1.    Shaw Industries, Inc. is a wholly owned subsidiary of Shaw Industries Group, Inc.

2.    Shaw Industries Group, Inc. is 100% owned by Berkshire Hathaway, Inc., which is a publicly held company.

3.    Shaw Industries, Inc. is a citizen of the state of Georgia. Shaw Industries, Inc. is a domestic profit corporation incorporated under the laws of Georgia with its principal place of business in Dalton, Georgia.

Respectfully submitted this 21st day of November, 2023.

*/s/ Brannon J. Buck*
Brannon J. Buck (ASB-5848-K56B)
Christopher B. Driver (ASB-9178-G39B)
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
(205) 521-0036 (Phone)
(205) 521-0037 (Facsimile)
bbuck@badhambuck.com
cdriver@badhambuck.com

Shattuck Ely (Georgia Bar No. 246944)
*Pro Hac Vice Application To Be Filed
Jacob Weiss (Georgia Bar No. 303709)
*Pro Hac Vice Application To Be Filed
FELLOWS LABRIOLA LLP
Suite 2400, Harris Tower
233 Peachtree Street, NE
Atlanta, Georgia  30303
(404) 586-9200 (Phone)
tely@fellab.com
jweiss@fellab.com

*Counsel for Shaw Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 21st day of November, 2023.

John W Johnson, II
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696
jwjohnson@csattorneys.com

Christopher Hemphill
Michael Baughman
COHN BAUGHMAN
525 W. Monroe St., Suite 1500
Chicago, IL 60661
christopher.hemphill@mclolaw.com
michael.baughman@mclolaw.com

Joel S. Isenberg
Rob E. Norton
ELY & ISENBERG, LLC.
3500 Blue Lake Drive, Suite 345
Birmingham, AL 35243
JIsenberg@elylawllc.com
RNorton@elylawllc.com

Hirshel M. Hall
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
hirshel.hall@alston.com

Adam J. Kaiser
Alexander S. Lorenzo
Matthew B. Byers
90 Park Avenue, 15th Floor
New York, NY 10016
adam.kaiser@alston.com
alexander.lorenzo@alston.com
matt.byers@alston.com

F. Lane Finch, Jr.
Brandon J. Clapp
Swift, Currie, McGhee & Hiers, LLP
1901 Sixth Ave. North, Suite 1100
Birmingham, AL 35203
lane.finch@swiftcurrie.com
brandon.clapp@swiftcurrie.com

Edward M. Holt
Zachery L. Gillespie
MAYNARD NEXSEN
1906 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
t.holt@maynardnexsen.com
zgillespie@maynardnexsen.com

Edward B. Parks, II
Annette P. Rolain
RUGGERI PARKS WEINBERG LLP
1875 K St. NW, Suite 600
Washington, DC 20006
eparks@ruggerilaw.com
arolain@ruggerilaw.com

Respectfully submitted this 21st day of November, 2023.

*/s/ Brannon J. Buck*
OF COUNSEL