IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INS. CO.,** *et al.*  )<br>    Plaintiffs,              )<br>                               )<br>v.                             )<br>                               )<br>**SHAW INDUSTRIES, INC.**      )<br>And **NOMINAL DEFENDANTS,**   )<br>    Defendants.               ) | **CASE NO. 1:23-cv-01367-RDP** |

## CORPORATE DISCLOSURE STATEMENT

Nominal Defendant U.S. Fire Insurance Company makes the following disclosure pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.4:

1. U.S. Fire Insurance Company, a Delaware corporation, is wholly-owned by Crum & Forster Holdings Corp., a Delaware corporation.

2. Crum & Forster Holdings Corp. is wholly-owned by Fairfax (US) Inc., a Delaware corporation.

3. Fairfax (US) Inc. is substantially owned by FFHL Group Ltd., a Canadian company.

4. FFHL Group Ltd., is wholly-owned by Fairfax Financial Holdings Limited, a Canadian public company.

5. Fairfax Financial Holdings Limited is the only publicly traded parent company, with a listing on the Toronto Stock Exchange (FRFHF).

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date: November 29, 2023 | /s/ Lane Finch |
|  | F. Lane Finch, Jr. (ASB-0027-I58F) |
|  | Brandon J. Clapp (ASB-3990-D82W) |
|  | Attorneys for U.S. Fire Insurance Company |

**OF COUNSEL:**
**Swift, Currie, McGhee & Hiers, LLP**
1901 Sixth Ave. North, Suite 1100
Birmingham, AL 35203
T: (205) 314-2401
lane.finch@swiftcurrie.com
brandon.clapp@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, the foregoing was served on the attorneys of record by one or more the following means in accordance with the Federal Rules of Civil Procedure:

[✓]  PACER/CM/ECF
[ ]  Email
[ ]  U.S. Mail
[ ]  Facsimile
[ ]  Hand Delivery

                                             */s/ Lane Finch*
                                             OF COUNSEL

4879-3747-8036, v. 1