FILED
2023 Dec-14  PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY,** | |
| Plaintiff / Counterclaim Defendant, | |
| and | |
| **PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY & CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY,** | **CIVIL ACTION NO.**<br><br>**1:23-cv-01367-RDP** |
| Plaintiffs, | |
| v. | |
| **SHAW INDUSTRIES, INC.,** | |
| Defendant / Counterclaim Plaintiff, | |
| and | |
| **COMMERCE & INDUSTRY INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, FIRST STATE INSURANCE COMPANY, EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, U.S. FIRE INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY** | |

| | |
|---|---|
| COMPANY, WESTPORT INSURANCE CORPORATION f/k/a PURITAN INSURANCE COMPANY, JOHN DOE INSURERS 1-100,<br><br>             **Nominal Defendants.** | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO CONDUCT PARTIES' PLANNING MEETING AND MOTION FOR LEAVE TO CONDUCT MEETING BY VIDEO CONFERENCE

COME NOW the Parties, by and through their respective counsel, and hereby move this Honorable Court to enter an Order extending the deadline within which the Parties are to comply with the Rule 26(f) requirements set forth in the Court's Initial Order (Doc. 29). In support of this Motion, the Parties submit the following:

1.      Pursuant to the Court's Initial Order, the Rule 26(f) conference is to be conducted on or before December 16, 2023. The Parties' Planning Meeting report is due 14 days thereafter.

2.      All parties who have been served and/or appeared have conferred and, due to the number of parties and counsel, are unable to conduct the conference prior to January 2, 2024. All parties have agreed that counsel will be available and the date will be held pending the Court's decision on this Motion.

3.      In order to facilitate timely completion of their Rule 26 obligations, the Parties likewise respectfully request the Court permit the conference to be conducted by video conference. Because of the complex nature of the action, the claims,

defenses and posture of the parties, the Parties likewise request additional time in which to submit the Parties' Planning Meeting Report.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully move this Honorable Court to enter an Order continuing the Rule 26(f) conference deadline for 30 days, from December 16, 2023, until January 16, 2024, and to permit the Parties to submit the Parties' Planning Meeting Report on or before January 30, 2024.

Respectfully submitted this the 14th day of December, 2023.

/s/ *John W Johnson, II*
**CHRISTIAN & SMALL LLP**
John W Johnson, II
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203-2696
Telephone:  (205) 795-6588
Facsimile:  (205) 328-7234
jwjohnson@csattorneys.com

Christopher Hemphill
*(Admitted PHV)*
Michael Baughman
*(Admitted PHV)*
Cohn Baughman
525 W. Monroe St.
Suite 1500
Chicago, IL 60661
Mobile: 708.602.5118  (preferred)
Office: 312.753.6616
christopher.hemphill@mclolaw.com
michael.baughman@mclolaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Brannon J. Buck
Christopher B. Driver
BADHAM & BUCK, LLC
2001 Park Place North, Suite 500
Birmingham, AL 35203
bbuck@badhambuck.com
cdriver@badhambuck.com

Frederick Lane Finch, Jr.
Brandon J. Clapp
SWIFT, CURRIE, MCGHEE & HEIRS, L.L.P.
1901 Sixth Avenue North, Suite 1100
Birmingham, AL 35203
Lane.finch@swiftcurrie.com
Brandon.clapp@swiftcurrie.com

Joel S. Isenberg
Robert E. Norton
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, AL 35243
jisenberg@elylawllc.com
rnorton@elylawllc.com

Edward M. Holt
Zachery L. Gillespie
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
tholt@maynardnexsen.com
zgillespie@maynardnexsen.com

Scott M. Salter
STARNES DAVIS FLORIE LLP

100 Brookwood Place, 7th Floor
Birmingham, AL 35209
ssalter@starneslaw.com

Edward B. Parks, II
Annette P. Rolain
RUGGERI PARKS WEINBERG LLP
1875 K Street NW, Suite 600
Washington, DC 20006
eparks@ruggerilaw.com
arolain@ruggerilaw.com

Michael A. Valerio
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004-1404
Michael.valerio@alston.com

Hirschel M. Hall
Tejas Patel
ALSTON BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Hirshel.hall@alston.com
Tejas.patel@alston.com

Adam J. Kaiser
Alexander S. Lorenzo
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016
Adam.kaiser@alston.com
Alexander.lorenzo@alston.com

/s/ *John W Johnson, II*
OF COUNSEL

4109124.1