# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al., | Case No. 1:23-cv-01367-RDP |
| Plaintiffs, | |
| v. | |
| SHAW INDUSTRIES, INC., | |
| Defendant, | |
| and | |
| COMMERCE AND INDUSTRY INSURANCE COMPANY, et al., | |
| Nominal Defendants. | |

**COMMERCE AND INDUSTRY INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Commerce and Industry Insurance Company states that it is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No public company has an interest of 10% or more in American International Group, Inc.

| | |
|---|---|
| Dated: December 14, 2023 | Respectfully submitted,<br><br>ALSTON & BIRD LLP<br><br>*/s/ Hirshel M. Hall*<br>Hirshel M. Hall (Alabama Bar No. 5056H30I)<br>Tejas Patel (admitted *pro hac vice*)<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>hirshel.hall@alston.com<br>tejas.patel@alston.com<br>(404) 881-7000<br><br>Adam J. Kaiser (admitted *pro hac vice*)<br>Alexander S. Lorenzo (admitted *pro hac vice*)<br>Matthew B. Byers (*pro hac vice* forthcoming)<br>90 Park Avenue, 15th Floor<br>New York, NY 10016<br>adam.kaiser@alston.com<br>alexander.lorenzo@alston.com<br>matt.byers@alston.com<br>(212) 210-9400<br><br>Michael A. Valerio (admitted *pro hac vice*)<br>950 F Street, NW<br>Washington, DC 20004<br>michael.valerio@alston.com<br>(202) 239-3300<br><br>*Counsel for Nominal Defendant and Cross-Claim Plaintiff Commerce and Industry Insurance Company* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

                                                */s/ Hirshel M. Hall*
                                                Hirshel M. Hall (Alabama Bar No. 5056H30I)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
hirshel.hall@alston.com
(404) 881-7000

*Counsel for Nominal Defendant and Cross-Claim Plaintiff Commerce and Industry Insurance Company*