
FILED
2023 Dec-15  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY, |  |
| Plaintiffs | CIVIL ACTION NO. 1:23-cv-01367-RDP |
| v. |  |
| SHAW INDUSTRIES, INC., |  |
| Defendant and Counterclaimant |  |
| and |  |
| COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT INSURANCE CORPORATION f/k/a PURITAN INSURANCE COMPANY; JOHN DOE INSURERS 1-100; |  |
| Nominal Defendants. |  |

## MOTION TO ADMIT JACOB WEISS *PRO HAC VICE*

The undersigned respectfully moves this Court for the admission *pro hac vice* of Jacob

Weiss, an attorney with the law office of Fellows LaBriola LLP, to represent Defendant and

Counterclaimant Shaw Industries, Inc. in this case pursuant to Rule 83.1 of the Local Rules of the U.S. District Court for the Northern District of Alabama. Attached as **Exhibit A** is an affidavit containing the information required by Local Rule 83.1.

The undersigned counsel are members in good standing of this Court and will serve as local counsel pursuant to Local Rule 83.1(b)(2).

A fee for the admission of $50.00 will be paid to the U.S. District Court for the Northern District of Alabama.  Mr. Weiss requests that he be served with all notices and papers relating to this case.

WHEREFORE, the undersigned respectfully requests entry of the Proposed Order, annexed hereto as **Exhibit B**, admitting Jacob Weiss to practice *pro hac vice* before this Court in these cases.

Respectfully submitted this 15th day of December, 2023.

*/s/ Brannon J. Buck*
Brannon J. Buck (ASB-5848-K56B) C
Christopher B. Driver (ASB-9178-G39B)
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
(205) 521-0036 (Phone)
(205) 521-0037 (Facsimile)
bbuck@badhambuck.com
cdriver@badhambuck.com