# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Plaintiffs <br><br> v. <br><br> SHAW INDUSTRIES, INC., <br><br> Defendant and Counterclaimant <br><br> and <br><br> COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT INSURANCE CORPORATION f/k/a | CIVIL ACTION NO. 1:23-cv-01367-RDP |

PURITAN INSURANCE COMPANY;
JOHN DOE INSURERS 1-100;

Nominal Defendants.

## AFFIDAVIT OF JACOB WEISS

Personally appeared before the undersigned officer duly authorized to administer oaths, Jacob Weiss, who, first being duly sworn under oath, deposes and states the following:

1. My residence address is 540 Broyles Street SE, Atlanta, GA 30312.

2. My office address is 233 Peachtree Street NE, Suite 2400, Atlanta, Georgia 30303. The phone number is 404-586-9200 and the facsimile number is 404-586-9201. My e-mail address is jweiss@fellab.com.

3. I am a member in good standing of the State Bar of New York and the State Bar of Georgia and am admitted to practice law in the following courts:

   a. New York State Courts (admitted February 28, 2022);

   b. Georgia Superior and State Courts (admitted on June 15, 2022); and

   c. The United States District Court for the Northern District of Georgia (admitted on October 11, 2023).

4. I am a member in good standing and eligible to practice in all courts in which I am admitted.

FURTHER AFFIANT SAYETH NOT.

This 15th day of December, 2023.

_[signature]_
Jacob Weiss

Sworn and Subscribed before
me this 15th day of December, 2023.

_[signature]_
Notary Public
My comm expires: 11/26/2027

_[Notary seal: ALICIA B CHARLES, NOTARY PUBLIC, FULTON COUNTY, GEORGIA]_