# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY, | |
| Plaintiffs | CIVIL ACTION NO. 1:23-cv-01367-RDP |
| v. | |
| SHAW INDUSTRIES, INC., | |
| Defendant and Counterclaimant | |
| and | |
| COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT INSURANCE CORPORATION f/k/a PURITAN INSURANCE COMPANY; JOHN DOE INSURERS 1-100; | |
| Nominal Defendants. | |

## ORDER GRANTING MOTION TO ADMIT
## JACOB WEISS *PRO HAC VICE*

**UPON CONSIDERATION** for admission of attorney *pro hac vice* (the "Motion"), requesting that the Court admit Jacob Weiss of Fellows LaBriola LLP, to its bar *pro hac vice* to

represent Defendant and Counterclaimant Shaw Industries, Inc., in the above-captioned case, and finding good cause therefore, it is hereby

        **ORDERED**, that the Motion is hereby GRANTED, and it is further

        **ORDERED**, that Jacob Weiss is hereby admitted to the bar of this Court *pro hac vice* to appear on behalf of Defendant and Counterclaimant Shaw Industries, Inc. in the above-referenced case.


Dated: _____, 2023           _____
Birmingham, Alabama                UNITED STATES DISTRICT JUDGE