FILED
2023 Dec-15 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Plaintiffs <br><br> v. <br><br> SHAW INDUSTRIES, INC., <br><br> Defendant and Counterclaimant <br><br> and <br><br> COMMERCE & INDUSTRY INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; WESTPORT INSURANCE CORPORATION f/k/a | CIVIL ACTION NO. 1:23-cv-01367-RDP |

PURITAN INSURANCE COMPANY;
JOHN DOE INSURERS 1-100;

Nominal Defendants.

## **AFFIDAVIT OF SHATTUCK ELY**

Personally appeared before the undersigned officer duly authorized to administer oaths, Shattuck Ely, who, first being duly sworn under oath, deposes and states the following:

1. My residence address is 1201 Beech Valley Rd. NE, Atlanta, Georgia 30306.

2. My office is located at 233 Peachtree Street NE, Suite 2400, Atlanta, Georgia 30303. The phone number is 404-586-9200 and the facsimile number is 404-586-9201. My e-mail address is tely@fellab.com.

3. I am a member in good standing of the State Bar of Georgia and am admitted to practice law in the following courts:

   a. Georgia Superior and State Courts (admitted on November 24, 1997);

   b. Georgia Supreme Court and Court of Appeals (admitted on October 26, 1999);

   c. The United States District Court for the Northern District of Georgia (admitted on February 17, 1998); and

   d. The United States Court of Appeals for the Eleventh Circuit (admitted on May 6, 1999).

4. I am a member in good standing and eligible to practice in all courts in which I am admitted.

FURTHER AFFIANT SAYETH NOT.

This 15th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Shattuck Ely

Sworn and Subscribed before
me this 15th day of December, 2023.

_____
Notary Public
My comm. expires: 11/26/2027