# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY,** | |
| **Plaintiffs,** | |
| **v.** | **CIVIL ACTION NO.: 1:23-cv-01367-RDP** |
| **SHAW INDUSTRIES, INC.,** | |
| **Defendant,** | |
| **and** | |
| **COMMERCE & INDUSTRY INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS INSURANCE COMPANY OF WAUSAU; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; JOHN DOE INSURERS 1-100;** | |
| **Nominal Defendants.** | |

## UNOPPOSED MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Federal Insurance Company ("Federal"), and Pacific Employers Insurance Company, ACE American Insurance Company, ACE Property and Casualty Insurance Company Indemnity Insurance Company of North America, and Westchester Fire Insurance Company with respect to the policies novated from International Insurance Company (collectively the "Additional Plaintiff Insurers"), by and through its undersigned counsel, move this Court for leave to file a First Amended Complaint under Rule 15(a)(2).

## I.    INTRODUCTION

1.    On October 11, 2023, Federal and the Additional Plaintiff Insurers filed a Complaint in this court. (ECF 1).

### a.    Renaming of Employers Mutual Liability Insurance Company

2.    The Complaint named "Employers Mutual Liability Insurance Company" as a defendant and insurer of Shaw Industries, Inc. ("Shaw").

3.    Federal and the Additional Plaintiff Insurers then served Employers Mutual Liability Insurance Company on October 15, 2023.

4.    After service, counsel for Employers Insurance Company of Wausau contacted counsel for Federal and the Additional Plaintiff Insurers to explain that

Employers Insurance Company of Wausau is the proper defendant and that Employers Mutual Liability Insurance Company is an unrelated company.

### b. Fireman's Fund Insurance Company and Westport Insurance Company

5. The Complaint named Fireman's Fund Insurance Company ("Fireman's Fund") as an insurer of Shaw under policy no. MXX03597972. After the filing of the Complaint, Fireman's Fund and Shaw provided a declaration to Federal and the Additional Plaintiff Insurers verifying that policy no. MXX03597972 was issued to an entity unrelated to Shaw and Shaw "acknowledges that no defense or indemnity obligations are owed by Fireman's Fund" under no. MXX03597972. A copy of the declaration is attached as **Exhibit 1**.

6. The Complaint also names Westport Insurance Company f/n/a/ Puritan Insurance Company ("Westport") an insurer of Shaw under policy nos. UL 674864, UL 670319 and UL 671697.

7. Shaw and Westport provided a stipulation  stating that policy No. UL 674864 "has been exhausted by Westport's actual payment of the full amount of its $10,000,000 aggregate limit of liability…" A copy of the stipulation is attached as **Exhibit 2**.

8. Shaw and Westport also provided a declaration that policy nos. UL 670319 and  UL 671697 were issued to an entity entirely unrelated to Shaw

and Shaw "acknowledges that no defense or indemnity obligations are owed by Westport " under policy nos. UL 670319 and UL 671697. A copy of the declaration is attached as **Exhibit 3**.

        **c.**      **Fireman's Fund Insurance Company and Westport Insurance Company**

9.      Attached to this Motion as **Exhibit 4** is the First Amended Complaint. The only substantive changes to the complaint are the insertion of Employers Insurance Company of Wausau in place of Employers Mutual Liability Insurance Company in the caption and in paragraph 14, the elimination of Fireman's Fund as a party, and the elimination of Westport as a party.

10.     Pursuant to Rule 15(a)(2), Federal moves this Court to allow Federal to amend the Complaint to substitute Employers Insurance Company of Wausau in place of Employers Mutual Liability Insurance Company, dismiss without prejudice Fireman's Fund as a party, and dismiss without prejudice Westport as a party.

11.     Rule 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

12.     No parties will be prejudiced by this amendment which now identifies the property party for service. No parties oppose the Motion.

13.    Federal and the Additional Plaintiff Insurers will cooperate with any party with an answer already on file to have that answer be deemed an answer to the First Amended Complaint.

**WHEREFORE**, Federal and the Additional Plaintiff Insurers respectfully move this Court to grant this Motion.

Respectfully submitted this 20th day of December, 2023.

/s/ *John W. Johnson*
**CHRISTIAN & SMALL LLP**
John W. Johnson, II
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203-2696
Telephone:  (205) 795-6588
Facsimile:  (205) 328-7234
jwjohnson@csattorneys.com

Christopher Hemphill
(Admitted PHV)
Michael Baughman
(Admitted PHV)
**COHN BAUGHMAN**
525 W. Monroe St.
Suite 1500
Chicago, IL 60661
Mobile: 708.602.5118  (preferred)
Office: 312.753.6616
christopher.hemphill@mclolaw.com
michael.baughman@mclolaw.com

*Attorneys for Plaintiffs*
**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that on December 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

Brannon J. Buck
Christopher B. Driver
BADHAM & BUCK, LLC
2001 Park Place North, Suite 500
Birmingham, AL 35203
bbuck@badhambuck.com
cdriver@badhambuck.com

Shattuck Ely
Jacob Weiss
FELLOWS LABRIOLA LLP
233 Peachtree Street NE
Suite 2400
Atlanta, GA 30303
tely@fellab.com
jweiss@fellab.com

Frederick Lane Finch, Jr.
Brandon J. Clapp
SWIFT, CURRIE, MCGHEE & HEIRS, L.L.P.
1901 Sixth Avenue North, Suite 1100
Birmingham, AL 35203
Lane.finch@swiftcurrie.com
Brandon.clapp@swiftcurrie.com

Joel S. Isenberg
Robert E. Norton
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, AL 35243
jisenberg@elylawllc.com
rnorton@elylawllc.com

Edward M. Holt
Zachery L. Gillespie

MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
tholt@maynardnexsen.com
zgillespie@maynardnexsen.com

Scott M. Salter
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
ssalter@starneslaw.com

Edward B. Parks, II
Annette P. Rolain
RUGGERI PARKS WEINBERG LLP
1875 K Street NW, Suite 600
Washington, DC 20006
eparks@ruggerilaw.com
arolain@ruggerilaw.com

Michael A. Valerio
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004-1404
Michael.valerio@alston.com

Hirschel M. Hall
Tejas Patel
ALSTON BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Hirshel.hall@alston.com
Tejas.patel@alston.com

Adam J. Kaiser
Alexander S. Lorenzo
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016
Adam.kaiser@alston.com

Alexander.lorenzo@alston.com

/s/ *John W Johnson, II*
OF COUNSEL