FILED

2023 Dec-20  AM 10:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

**Stipulation of Exhaustion**
**Umbrella Liability Policy No. UL 674864**

Westport Insurance Corporation, as successor in interest to Puritan Insurance Company ("Westport"), and Shaw Industries, Inc. ("Shaw") hereby agree and stipulate that Puritan Insurance Company Umbrella Liability Policy No. UL 674864, effective July 1, 1980 to July 1, 1981, has been exhausted by Westport's actual payment of the full amount of its $10,000,000 aggregate limit of liability in connection with the settlement of the lawsuit styled *The Water Works and Sewer Board of the City of Gadsden v. 3M, et al.,* In the Circuit Court of Etowah County, Alabama, Case No. 31-CV-2016-9000676.00.

Dated: 10/13/2022

Shaw Industries, Inc.

By: _____

Name: William F Whitmire Jr

Its VP Risk Management

Dated: 10/14/2022

Westport Insurance Corporation

By: Ken R. Battis

Name: Ken R. Battis

Its VP Claims