FILED
2023 Dec-27  AM 08:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

## EXHIBIT A: PLAINTIFFS' POLICY SCHEDULE

| Policy Number | Policy Inception | Policy Expiration | Issuing Company |
|---|---|---|---|
| 79221063 | 07/01/1980 | 07/01/1981 | Federal Insurance Company |
| 79221063 | 07/01/1981 | 07/01/1982 | Federal Insurance Company |
| 79221063 | 07/01/1982 | 07/01/1983 | Federal Insurance Company |
| 79221063 | 07/01/1983 | 07/01/1984 | Federal Insurance Company |
| 79221063 | 07/01/1984 | 07/01/1985 | Federal Insurance Company |
| 79221063 | 07/01/1985 | 07/01/1986 | Federal Insurance Company |
| 79221063 | 07/01/1986 | 07/01/1987 | Federal Insurance Company |
| 79221063 | 07/01/1987 | 07/01/1988 | Federal Insurance Company |
| 79221063 | 07/01/1988 | 07/01/1989 | Federal Insurance Company |
| 79221063 | 07/01/1989 | 07/01/1990 | Federal Insurance Company |
| 79221063 | 07/01/1990 | 07/01/1991 | Federal Insurance Company |
| 79221063 | 07/01/1991 | 07/01/1992 | Federal Insurance Company |
| 79221063 | 07/01/1992 | 07/01/1993 | Federal Insurance Company |
| 79221063 | 07/01/1993 | 07/01/1994 | Federal Insurance Company |
| 79221063 | 07/01/1994 | 07/01/1995 | Federal Insurance Company |
| 79221063 | 07/01/1995 | 07/01/1996 | Federal Insurance Company |
| 79221063 | 07/01/1996 | 07/01/1997 | Federal Insurance Company |
| 79221063 | 07/01/1997 | 07/01/1998 | Federal Insurance Company |
| 79221063 | 07/01/1998 | 07/01/1999 | Federal Insurance Company |
| 79221063 | 07/01/1999 | 07/01/2001 | Federal Insurance Company |
| 79221063 | 07/01/2001 | 07/01/2002 | Federal Insurance Company |
| 79221063 | 07/01/2002 | 07/01/2003 | Federal Insurance Company |
| 79221063 | 07/01/2003 | 07/01/2004 | Federal Insurance Company |
| 79221063 | 07/01/2004 | 07/01/2005 | Federal Insurance Company |
| 79221063 | 07/01/2005 | 07/01/2006 | Federal Insurance Company |
| 79221063 | 07/01/2006 | 07/01/2007 | Federal Insurance Company |
| 79221063 | 07/01/2007 | 07/01/2008 | Federal Insurance Company |
| 79221063 | 07/01/2008 | 07/01/2009 | Federal Insurance Company |
| 79221063 | 07/01/2009 | 07/01/2010 | Federal Insurance Company |
| 79221063 | 07/01/2010 | 07/01/2011 | Federal Insurance Company |
| 79221063 | 07/01/2011 | 07/01/2012 | Federal Insurance Company |
| 79221063 | 07/01/2012 | 07/01/2013 | Federal Insurance Company |
| 79221063 | 07/01/2013 | 07/01/2014 | Federal Insurance Company |
| 79221063 | 07/01/2014 | 07/01/2015 | Federal Insurance Company |
| 79221063 | 07/01/2015 | 07/01/2016 | Federal Insurance Company |
| 522 050608 8 | 07/01/1986 | 07/01/1987 | Westchester Fire Insurance Company with respect to policies novated from International Insurance Company |

| | | | |
|---|---|---|---|
| XCC 02 65 89 | 07/01/1986 | 07/01/1987 | Pacific Employers Insurance Company |
| 522 066683 7 | 07/01/1987 | 07/01/1988 | International Insurance Company (but Westchester Fire Insurance Company is now responsible for this policy). |
| XCC 02 81 17 | 07/01/1987 | 07/01/1988 | Pacific Employers Insurance Company |
| XCP G24648151 | 07/01/2008 | 07/01/2009 | ACE American Insurance Company |
| XCP G24873833 | 07/01/2009 | 07/01/2010 | ACE American Insurance Company |
| XCP G24874783 | 07/01/2010 | 07/01/2011 | ACE American Insurance Company |
| XCP G25832711 | 07/01/2011 | 07/01/2012 | ACE American Insurance Company |
| XCQ G27046022 | 07/01/2012 | 07/01/2013 | ACE Property and Casualty Insurance Company |
| XCQ G27051704 | 07/01/2013 | 07/01/2014 | ACE Property and Casualty Insurance Company |
| XCQ G27422068 | 07/01/2014 | 07/01/2015 | ACE Property and Casualty Insurance Company |
| XCQ G2783582A | 07/01/2015 | 07/01/2016 | ACE Property and Casualty Insurance Company |
| XSM G28136742001 | 07/01/2016 | 07/01/2017 | Indemnity Insurance Company of North America |