# Exhibit B

**EXHIBIT B: DEFENDANTS' POLICY SCHEDULE**

| Issuing Company | Policy Number | Policy Inception | Policy Expiration |
|---|---|---|---|
| Wausau | 142000043765 | 01/01/1969 | 01/01/1970 |
| Wausau | 142100043765 | 01/01/1970 | 01/01/1971 |
| Wausau | 142403043765 | 07/01/1973 | 07/01/1974 |
| Wausau | 142503043764 | 07/01/1974 | 07/01/1975 |
| Wausau | 142603043765 | 07/01/1975 | 07/01/1976 |
| Wausau | 142703043765 | 07/01/1976 | 07/01/1977 |
| Travelers | 11AL216136SCA | 07/01/1977 | 07/01/1978 |
| First State | 906411 | 07/01/1977 | 07/01/1978 |
| Travelers | 11AL216161SCA | 07/01/1978 | 07/01/1979 |
| First State | 909139 | 07/01/1978 | 07/01/1979 |
| Travelers | 11GL12264SCA | 07/01/1979 | 07/01/1980 |
| Great American | XO214843700 | 07/01/1980 | 07/01/1981 |
| Great American | XO259844500 | 07/01/1981 | 07/01/1982 |
| Commerce and Industry | GLA6503363 | 07/01/1982 | 07/01/1983 |
| U.S. Fire | 5220193104 | 04/01/1983 | 07/01/1984 |
| Commerce and Industry | GL9890147 | 07/01/1983 | 07/01/1984 |
| Commerce and Industry | GL9712990RA | 07/01/1984 | 07/01/1985 |
| U.S. Fire | 5220262728 | 07/01/1984 | 07/01/1985 |
| Commerce and Industry | GL9712066 | 07/01/1985 | 07/01/1986 |