IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHAW INDUSTRIES, INC., <br><br> Defendant, <br><br> and <br><br> COMMERCE AND INDUSTRY INSURANCE COMPANY, et al., <br><br> Nominal Defendants. | Case No. 1:23-cv-01367-RDP |

**COMMERCE AND INDUSTRY INSURANCE COMPANY'S OPPOSITION TO DEFENDANT SHAW INDUSTRIES, INC.'S <u>MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)</u>**

Commerce and Industry Insurance Company opposes Shaw Industries, Inc.'s ("Shaw") motion to transfer venue because Shaw failed to carry its burden under 28 U.S.C. 1404(a) of demonstrating that the Northern District of Georgia is a more convenient forum to litigate this dispute.

Dated:  January 12, 2024

Respectfully submitted,

ALSTON & BIRD LLP

*/s/ Hirshel M. Hall*
Hirshel M. Hall (Alabama Bar No. 5056H30I)
Tejas Patel (admitted *pro hac vice*)
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
hirshel.hall@alston.com
tejas.patel@alston.com
(404) 881-7000

Adam J. Kaiser (admitted *pro hac vice*)
Alexander S. Lorenzo (admitted *pro hac vice*)
90 Park Avenue, 15th Floor
New York, NY 10016
adam.kaiser@alston.com
alexander.lorenzo@alston.com
(212) 210-9400

Michael A. Valerio (admitted *pro hac vice*)
950 F Street, NW
Washington, DC 20004
michael.valerio@alston.com
(202) 239-3300

*Counsel for Nominal Defendant and Cross-Claim Plaintiff Commerce and Industry Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to counsel of record.

*/s/ Hirshel M. Hall*
Hirshel M. Hall (Alabama Bar No. 5056H30I)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
hirshel.hall@alston.com
(404) 881-7000

*Counsel for Nominal Defendant and Cross-Claim Plaintiff Commerce and Industry Insurance Company*
