FILED
2024 Jan-19 PM 01:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and WESTCHESTER FIRE INSURANCE COMPANY,**<br><br>Plaintiffs,<br><br>v.<br><br>**SHAW INDUSTRIES, INC.,**<br><br>Defendant,<br><br>and<br><br>**COMMERCE & INDUSTRY INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS INSURANCE COMPANY OF WAUSAU; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY; JOHN DOE INSURERS 1-100**<br><br>Nominal Defendants. | Civil Action No: 1:23-CV-01367-RDP |

**DEFENDANT FIRST STATE INSURANCE COMPANY'S JOINDER
IN OPPOSITION TO DEFENDANT SHAW INDUSTRIES, INC.'S
MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A)**

Defendant, First State Insurance Company ("First State"), respectfully submits that the Court should deny Defendant Shaw Industries, Inc.'s Motion to Transfer Venue Under 28 U.S.C. § 1404(a) for failure to meet its burden that transfer is warranted, as more fully set forth in the

Opposition to Defendant Shaw Industries, Inc.'s Motion to Transfer Venue Under 28 U.S.C. § 1404(a) (Doc. 72), which First State hereby joins.

Dated: January 19, 2024

By: */s/ Christopher C. Frost*
Christopher C. Frost
Emily C. Burke
Maynard Nexsen PC
1906 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Tel: (205) 254-1102
cfrost@maynardnexsen.com
eburke@maynardnexsen.com

- and -

Wayne S. Karbal (*pro hac vice forthcoming*)
Gerald E. Ziebell (*pro hac vice forthcoming*)
Karbal, Cohen, Economou, Silk, Dunne LLC
200 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 431-3610
Fax: (312) 431-3670
wkarbal@KARBALLAW.com
gziebell@KARBALLAW.com

*Counsel for Defendant First State Insurance Company*

# **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has been served upon the following via the CM/ECF system which will send electronic notification to counsel on January 19, 2024:

John W. Johnson, II
CHRISTIAN & SMALL, LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
jwjohnson@csattorneys.com
*Attorney for Plaintiffs*

Christopher Hemphill
Michael Baughman
Cohn Baughman
525 W. Monroe Street, Suite 1500
Chicago, IL 60661
christoper.hemphill@mclolaw.com
michael.baughman@mclolaw.com
*Attorneys for Plaintiffs*

F. Lane Finch, Jr.
Brandon J. Clapp
Swift, Currie, McGhee & Hiers, LLP
1901 Sixth Ave. North, Suite 1100
Birmingham, AL 35203
T: (205) 314-2401
lane.finch@swiftcurrie.com
brandon.clapp@swiftcurrie.com
*Attorneys for U.S. Fire Insurance Company*

Joel S. Isenberg
Rob E. Norton
ELY & ISENBERG, LLC.
3500 Blue Lake Drive, Suite 345
Birmingham, AL 35243
Telephone: (205) 313-1200
Facsimile (205) 313-1201
JIsenberg@elylawllc.com
RNorton@elylawllc.com
*Attorneys for Travelers Casualty and Surety Company*
*f/k/a The Aetna Casualty and Surety Company*

Brannon J. Buck
Christopher B. Driver
BADHAM & BUCK LLC
2001 Park Place North, Suite 500
Birmingham, AL 35203
(205) 521-0036
Fax: (205) 521-0037
bbuck@badhambuck.com
cdriver@badhambuck.com
*Attorneys for Shaw Industries, Inc.*

Hirshel Michael Hall
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
(404) 881-7000
hirshel.hall@alston.com
*Attorney for Commerce & Industry Insurance Company*

Scott M Salter
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000
Fax: (205) 868-6099
ssalter@starneslaw.com
*Attorney for Firemans Fund Insurance Company*

Edward M. Holt
Zachery L. Gillespie
1906 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1075
zgillespie@maynardnexsen.com
*Attorneys for Defendant Great American Insurance Company*

                                    */s/ Christopher C. Frost*
                                    **OF COUNSEL**