IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, PACIFIC EMPLOYERS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, AND WESTCHESTER FIRE INSURANCE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>SHAW INDUSTRIES, INC.<br><br>    Defendant,<br><br>AND<br><br>COMMERCE & INDUSTRY INSURANCE COMPANY; FIRST STATE INSURANCE COMPANY; EMPLOYERS INSURANCE COMPANY IF WAUSAU; GREAT AMERICAN INSURANCE COMPANY; U.S. FIRE INSURANCE COMPANY; TREAVELERS CASUALTY AND SURETY COMPANY; JOHN DOE INSURERS 1- 100;<br><br>    NOMINAL DEFENDANTS | Civil Action No.: 1:23-cv-01367-RDP |

**APPLICATION FOR ADMISSION *PRO HAC VICE*
BY JAY R. SEVER FOR DEFENDANT EMPLOYERS INSURANCE
COMPANY OF WAUSAU**

STATE OF LOUISIANA)
COUNTY OF ORLEANS)

{B1192799.1}

- 2 -

I, Jay R. Sever, being over eighteen (18) years of age and duly sworn according to law and pursuant to Local Rule 83.1 of this Court, depose and state as follows:

1. I reside at 1350 Camp Street, New Orleans, Louisiana 70130.

2. I practice law with the following law firm:

   Phelps Dunbar LLP
   365 Canal Street, Ste. 2000
   New Orleans, LA 70130-6534
   Telephone: 504.566.1311
   Fax: 504.568.9130
   E-Mail: jay.sever@phelps.com

3. I was admitted to the Louisiana State Bar in 1995, California State Courts in 1993, United States District Court Central District of California in 1993, United States District Court Eastern District of California in 1993, United States District Court Southern District of California in 1994, United States District Court Northern District of California in 1994, United States District Court Eastern District of Louisiana in 1994, United States District Court Western District of Louisiana in 1995, United States District Court Middle District of Louisiana in 1995, United States District Court Western District of Tennessee in 2010, Louisiana State Courts in 1995, United States Supreme Court in 1995, United States Court of Appeals, 4th Circuit in 2012, United States Court of Appeals, 5th Circuit in 1995, United States Court of Appeals, 6th Circuit in 2014, United States

Court of Appeals, 9th Circuit in 1994, United States Court of Appeals, 10th Circuit in 2014 and the United States Court of Appeals, 11th Circuit in 2002.  I reside in the Orleans County of Louisiana and regularly practice law in that District Court.

4.  I am a member in good standing of and am eligible to practice law in all of the above-referenced Courts.

5.  I have been retained to represent Employers Insurance Company of Wausau, the defendant in the above-styled action.  Alabama local counsel for the Defendant in this action is designated as follows:

> Kenneth Boyles
> Phelps Dunbar LLP
> 2001 Park Place North, Suite 700
> Birmingham, Alabama 35203
> Telephone:  (205) 716-5200
> Facsimile:  (205) 716-5389
> Email: Kenneth.boyles@phelps.com

Local counsel's written consent to designation in this action is attached hereto as <u>Exhibit A</u>.

6.  I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this the 1st day of April 2024.

_____
Jay R. Sever

SUBSCRIBED AND SWORN TO before me this 1st day of April 2024 by Jay R. Sever, who is known to me.

_____
Notary Public

My commission expires:

_at death_____

Tucker T. Bohren
Notary Public
Bar No. 37039
Parish of Orleans, State of Louisiana
My Commission is Issued for Life.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and accurate copy of the foregoing **APPLICATION FOR ADMISSION *PRO HAC VICE* BY JAY R. SEVER FOR DEFENDANT** to be electronically filed with the Clerk of Court for the United States District Court for the Northern District of Alabama using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

This the **1st** day of April 2024.

                                            */s/ Kenneth W. Boyles, Jr.*
                                            **Kenneth W. Boyles, Jr.**

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

*JAY RUSSELL SEVER ESQ., #23935*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 6th Day of October, 1995 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 8th Day of March, 2024, A.D.

*Veronica Odinet Koclanes*
Clerk of Court
Supreme Court of Louisiana